UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

BRITTANY LEE HENLEY,

  Plaintiff,

v.

CASE NO.: 1:24-cv-05953-WMR-WEJ

EQUIFAX INFORMATION
SERVICES LLC, EXPERIAN
INFORMATION SOLUTIONS, INC.,
and TRANS UNION LLC,

  Defendants.

_____/

## NOTICE OF SETTLEMENT AS TO DEFENDANT, EQUIFAX INFORMATION SERVICES LLC

COMES NOW Plaintiff, BRITTANY LEE HENLEY, by and through undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant, EQUIFAX INFORMATION SERVICES LLC, have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the Parties will file the appropriate dismissal documents with the Court.

Dated this 28th day of February, 2025.

        **/s/Octavio Gomez**
        Octavio "Tav" Gomez
        Florida Bar #:0338620
        Georgia Bar #: 617963
        Pennsylvania #: 325066
        The Consumer Lawyers PLLC
        501 E. Kennedy Blvd., Ste 610
        Tampa, FL 33602
        Cell: (813)299-8537
        Facsimile: (844)951-3933
        Tav@theconsumerlawyers.com
        *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was filed on this 28th day of February, 2025 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

        **/s/Octavio Gomez**
        Octavio "Tav" Gomez
        Georgia Bar #: 617963
        The Consumer Lawyers, PLLC
        *Attorney for Plaintiff*