IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **Brittany Lee Henley,**<br><br>     Plaintiff(s),<br><br>     v.<br><br><br>**Equifax Information Services, LLC, Experian Information Solutions, Inc. and Trans Union LLCs**<br><br>     Defendant(s) | CIVIL ACTION FILE<br>NO. 1:24-cv-5953-WMR |

## ORDER

Parties have filed a Notices of Settlement [Docs 11, 12, and 13]. The Court **DIRECTS** the Clerk of Court to **ADMINISTRATIVELY CLOSE** this case. The parties shall file a dismissal or other filing disposing of this case upon finalization of the settlement. If settlement negotiations fail, or the Court's intervention is needed to enforce the settlement, the parties may move to reopen the case.[1]

**SO ORDERED** this 5th day of March, 2025.

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE

---

[1] Administrative closure is a docket-control device used by the Court for statistical purposes. The parties need only file a motion to reopen the case if settlement negotiations fail. Administrative closure will not prejudice the rights of the parties to this litigation in any manner.