UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

BRITTANY LEE HENLEY,

  Plaintiff,                                                CASE NO.: 1:24-cv-05953-WMR

v.

EQUIFAX INFORMATION
SERVICES LLC, EXPERIAN
INFORMATION SOLUTIONS, INC.,
and TRANS UNION LLC,

      Defendants.
_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO EQUIFAX INFORMATION SERVICES LLC AND TRANS UNION LLC**

COMES NOW Plaintiff, BRITTANY LEE HENLEY, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses her causes of action in the Complaint against the Defendants EQUIFAX INFORMATION SERVICES LLC ("Equifax") and TRANS UNION LLC ("Trans Union"). Defendants, Equifax and Trans Union, have neither filed an answer to the Complaint, nor a motion for summary judgment, therefore dismissal under Rule 41 (a)(1)(A)(i) is appropriate.

Dated this March 25, 2025.

        **/s/Octavio Gomez**
        Octavio "Tav" Gomez
        Florida Bar #:0338620
        Georgia Bar #: 617963
        Pennsylvania #: 325066
        The Consumer Lawyers PLLC
        501 E. Kennedy Blvd., Ste 610
        Tampa, FL 33602
        Cell: (813)299-8537
        Facsimile: (844)951-3933
        Tav@theconsumerlawyers.com
        *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was filed on this 25th of March, 2025 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

        **/s/Octavio Gomez**
        Octavio "Tav" Gomez
        Georgia Bar #: 617963
        *Attorney for Plaintiff*